UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――X
LILLIAN FEILER,

                Plaintiff(s),

-against-

TARGET CORPORATION a/k/a TARGET STORES,

                Defendant(s).
―――――――――――――――――――――――――――X

'07 CIV 3938

Civ. JUDGE KOELTL

RECEIVED MAY 21 2007 U.S.D.C. S.D.N.Y. CASHIERS

### REMOVAL PETITION

    To the Honorable Judges of the United States District Court for the Southern District of New York, the defendant, TARGET CORPORATION, by its attorneys, Connors and Connors, P.C., states the following upon information and belief:

    1.    That TARGET CORPORATION is a defendant in the above-entitled action.

    2.    On April 23, 2007 this action was commenced against TARGET in the Supreme Court of the State of New York, Bronx County, and is now pending. The action is captioned:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
―――――――――――――――――――――――――――X
LILLIAN FEILER,

                Plaintiff(s),    Index No.: 14331/07
-against-

TARGET CORPORATION a/k/a TARGET STORES,

                Defendant(s).
―――――――――――――――――――――――――――X

3. On April 30, 2007, a summons and complaint was served in this matter on Target's designated agent, CT Corporation.

4. The defendant, TARGET, is filing this Notice of Removal within 30 days of service of the summons and complaint.

5. No further proceedings have been had in the Supreme Court of the State of New York, Bronx County.

6. The amount in controversy in this action exceeds the sum of $75,000 exclusive of interests and costs.

7. Plaintiff is a citizen of New York State.

8. At the time the Complaint was filed, TARGET was incorporated in the State of Minnesota and upon information and belief, its principal place of business was also in the State of Minnesota.

9. This is an action for damages for personal injury resulting from the alleged negligence of the defendant.

10. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441.

11. A copy of the Summons and Complaint served on TARGET CORPORATION is annexed hereto.

12. This notice is filed with this Court within 30 days after service of the Complaint in this action.

WHEREFORE, TARGET prays that the above action now pending against it in the Supreme Court of the State of New York, County of Bronx, be removed to this Honorable Court.

*[signature]*
MICHAEL J. CAULFIELD (7206)
Connors & Connors, P.C.
Attorneys for Defendant
TARGET CORPORATION
766 Castleton Avenue
Staten Island, New York 10310-9003
(718) 442-1700

TO: FELDMAN, KRAMER & MONACO
 Attorneys for Plaintiff
 330 Motor Parkway
 Hauppauge, New York 11788

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LILLIAN FEILER,

                Plaintiff(s),        Civ.

      -against-

TARGET CORPORATION a/k/a TARGET STORES,

                Defendant(s).
----------------------------------------X

SIRS:

**PLEASE TAKE NOTICE**, that upon the removal of this action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York, a Notice of Removal, a copy of which is annexed hereto was duly filed in the Office of the Clerk of the United States District Court for the Southern District of New York on the 21st day of May, 2007.

Dated:    Staten Island, New York
           May 17, 2007

                                    MICHAEL J. CAULFIELD (7206)
                                    Connors & Connors, P.C.
                                    Attorneys for Defendant
                                    TARGET CORPORATION
                                    766 Castleton Avenue
                                    Staten Island, New York 10310
                                    (718) 442-1700

TO:    FELDMAN, KRAMER & MONACO
        Attorneys for Plaintiff
        330 Motor Parkway
        Hauppauge, New York 11788

## CERTIFICATE OF SERVICE

I, **MICHAEL J. CAULFIELD**, hereby certify that a copy of the foregoing NOTICE OF REMOVAL was mailed by first class mail, postage prepaid, this 21st day of May, 2007, to all counsel of record as indicated below.

_____
MICHAEL J. CAULFIELD (7206)

TO:   FELDMAN, KRAMER & MONACO
      Attorneys for Plaintiff
      330 Motor Parkway
      Hauppauge, New York 11788

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILLIAN FEILER,

        Plaintiff,

-against-

TARGET CORPORATION a/k/a TARGET STORES,

        Defendant.

## NOTICE OF REMOVAL

**CONNORS & CONNORS, P.C.**
*Attorneys for Defendant*
*Office and Post Office Address, Telephone*
766 Castleton Avenue
Staten Island, New York 10310
(718) 442-1700 PHONE
(718) 442-1717 FAX

To

Attorney(s) for
Service of a copy of the within

Dated,

Signature (Rule 130-1.1-a)

Print name beneath
Michael J. Caulfield

is hereby admitted,

------------------------------------
Attorney(s) for

Please take notice
☐   NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
☐   NOTICE OF SETTLEMENT
that an order
settlement to the HON.
of the within named court, at
on

of which the within is a true copy will be presented for
one of the judges

at    M

Dated,

        Yours, etc.
    **CONNORS & CONNORS, P.C.**
    *Attorneys for*
       *Office and Post Office Address*
    766 CASTLETON AVENUE
To    STATEN ISLAND, NEW YORK 10310

Attorney(s) for