UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

LILLIAN FEILER,

               Plaintiff(s),      Civ. 07 03938

        -against-

TARGET CORPORATION a/k/a TARGET STORES,

              Defendant.
------------------------------------X

    Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

                          NONE

DATE:    May 17, 2007

                          MICHAEL J. CAULFIELD (7206)

## CERTIFICATE OF SERVICE

I, **MICHAEL J. CAULFIELD**, hereby certify that a copy of the foregoing RULE 7.1 STATEMENT was mailed by first class mail, postage prepaid, this 21st day of May, 2007, to all counsel of record as indicated below.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MICHAEL J. CAULFIELD (7206)

TO:   FELDMAN, KRAMER & MONACO
      Attorneys for Plaintiff
      330 Motor Parkway
      Hauppauge, New York 11788