October 4, 2007

Via ECF

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    Feiler v. Target Corporation
                Index No.: 07 CIV 3938
                Our File No.:  DTS 23485

Your Honor:

       This will acknowledge receipt of the affidavit of plaintiff's attorney (Document 3) regarding the removal in this matter.   This case was removed on May 21, 2007.  Plaintiff has taken no steps to remand this action to Supreme Court, Bronx County until this affidavit, which seems to be addressing the issue of remand.

       Plaintiff refers to a $150,000.00 jurisdictional requirement.  Plaintiff states that "defendant has set the jurisdictional limit at $75,000.00." We understand that $75,000.00 is in fact the monetary jurisdictional amount required for diversity cases. Nevertheless, if plaintiff's counsel is able to affirm that the amount in controversy is less than $75,000.00, he may refer this matter back to state court.

       Needless to say we are perplexed by this submission (Document 3) and respectfully request that it be addressed at the conference scheduled to be held before the court on October 17, 2007.

                                       Sincerely,

                                       CONNORS & CONNORS, P.C.

                                       By:_____
                                       Michael J. Caulfield
                                       mcaulfield@connorslaw.com

MJC:lw

cc:     Jason Zimmerman, Esq.
        Feldman, Kramer & Monaco
        330 Motor Parkway
        Hauppauge, New York 11788