UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEILER,

        Plaintiff,   07 Civ. 3938 (JGK)

- against -   ORDER

TARGET CORP.,

        Defendant.

---

JOHN G. KOELTL, District Judge:

At the conference held on October 17, 2007, the parties agreed to enter a stipulation remanding the case to state court with all appropriate conditions by Friday, **October 26, 2007**.

SO ORDERED.

Dated:   New York, New York
         October 18, 2007

                                            John G. Koeltl
                                        United States District Judge