UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  STIPULATION

LILLIAN FEILER,

Index No.: ~~3938/07~~

                Plaintiff(s),

            -against-

07 CV 3938

TARGET CORPORATION a/k/a TARGET STORES,

(Koeltl, J.)

                Defendant(s).
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for all parties to the above-entitled actions, that the case be remanded to Supreme Court, County of Bronx, with a cap on damages of $74,999.00

Dated: Hauppauge, New York
October 23, 2007

_[signature]_
JASON F. ZIMMERMAN
FELDMAN, KRAMER & MONACO, P.C.
Attorneys for Plaintiff
Lillian Feiler
330 Motor Parkway
Hauppauge, NY 11788
(631) 231-1450 Ext. 218    Fax 631-647-2165

_[signature]_
CONNORS & CONNORS, PC
MICHAEL J. CAULFIELD (7206)
Attorneys for Defendant
Target Corporation
766 Castleton Avenue
Staten Island, NY 10310
(718) 442-1700
Fax - 718-442-1717