UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



FEILER,

            Plaintiff,      07 Civ. 3938 (JGK)

  - against -               ORDER

TARGET CORP.,

            Defendant.

JOHN G. KOELTL, District Judge:

    At the conference held on October 17, 2007, the parties agreed to enter a stipulation remanding the case to state court with all appropriate conditions by Friday, October 26, 2007.

SO ORDERED.

Dated:    New York, New York
          October 18, 2007

                                          John G. Koeltl
                                 United States District Judge