UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    STIPULATION

LILLIAN FEILER,

Index No.: 3938/07

Plaintiff(s),

-against-    07 CV 3938

TARGET CORPORATION a/k/a TARGET STORES,    (Koeltl, J.)

Defendant(s).
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for all parties to the above-entitled actions, that the case be remanded to Supreme Court, County of Bronx, *with a cap on damages of $74,999.00*

Dated: Hauppauge, New York
       October 23, 2007

_____
JASON F. ZIMMERMAN
FELDMAN, KRAMER & MONACO, P.C.
Attorneys for Plaintiff
Lillian Feiler
330 Motor Parkway
Hauppauge, NY 11788
(631) 231-1450 Ext. 218    Fax 631-647-2165

_____
CONNORS & CONNORS, PC
MICHAEL J. CAULFIELD (7206)
Attorneys for Defendant
Target Corporation
766 Castleton Avenue
Staten Island, NY 10310
(718) 442-1700
Fax 718-442-1717

So Ordered.
/s/ JGK
10/31/07    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07